62 A.3d 897

IN THE MATTER OF JEFFREY SCOTT BECKERMAN, AN
ATTORNEY AT LAW (ATTORNEY NO. 021511983).

April 5, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent in DRB 13–017 of **JEFFREY SCOTT BECKERMAN** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1983;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.5(e)(improper division of fees between lawyers who are not in the same law firm);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(e) and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0154E;

And the Disciplinary Review Board having submitted he record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JEFFREY SCOTT BECKERMAN** of **SOUTH ORANGE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.